IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                              4:16-CR-00202-05-JM

JOSE BALTAZAR-ORTUNO

## ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 433) is DENIED.

Applying retroactive Guidelines Amendment 821 reduces Defendant's criminal history score from 5 to 3, resulting in a new criminal history category of II. However, after considering all the 18 U.S.C. § 3553(a) factors and the specific facts of this case, Defendant's current sentence of 118 months is sufficient, but not greater than necessary, to comply with sentencing goals.

IT IS SO ORDERED this 22nd day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE